AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiGirolamo, Thomas M. | U.S. District Court - Maryland | 05/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Family Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | self-employed development consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DiGirolamo, Thomas M. | 05/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   WELLS FARGO ADVISORS #1 | | | | | | | | | |
| 2.   STANDARD BANK DEPOSIT | A | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4.   WELLS FARGO ADVISORS #2 | | | | | | | | | |
| 5.   STANDARD BANK DEPOSIT | A | Interest | J | T | | | | | |
| 6.   TAX EXEMPT BOND FUND OF AMERICA FUND CLASS F1 | A | Dividend | K | T | | | | | |
| 7. | | | | | | | | | |
| 8.   WELLS FARGO ADVISORS MUNICIPAL ACCOUNT | | | | | | | | | |
| 9.   STANDARD BANK DEPOSIT | A | Interest | J | T | | | | | |
| 10.   PRINCE GEORGES CNTY MD CONS PUB IMPT SER A G/O LTD B\E DUE 9/15/24 | A | Interest | | | Sold | 02/26/19 | K | B | |
| 11.   WASHINGTON SUBN SAN DIST MD CONS PUB IMPT G/O UNLTD B/E DUE 6/1/22 | A | Interest | K | T | | | | | |
| 12.   BALTIMORE MD CONS PUB IMPT SER A G/O UNLTD B\E DUE 10/15/25 | A | Interest | | | Sold | 03/28/19 | K | C | |
| 13.   MARYLAND ST ST & LOC FACS 1ST SER A BOOK ENTRY G/O DUE 3/1/25 | A | Interest | K | T | | | | | |
| 14.   TALBOT CNTY MD RFDG PUB IMPT G/O LTD B\E DUE 12/15/25 | A | Interest | K | T | | | | | |
| 15.   ANNE ARUNDEL CNTY MD CONS WTR & SWR G/O LTD B\E DUE 4/1/26 | A | Interest | K | T | | | | | |
| 16.   MD ST HLTH & HIGH EFA REV RFDG JOHNS HOPKINS UNIV SER A B/E DUE 7/1/26 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. HARFORD CNTY MD GO CONS PUB IMPT BDS 2018 G/O UNLTD B/E DUE 9/15/26 | B | Interest | K | T | | | | | |
| 18. FREDERICK CNTY MD FOR ISSUES DTD PR TO 6/29/16 SEE 355694 DUE 2/1/27 | A | Interest | K | T | | | | | |
| 19. SEQUOIA CA UN HIGH SCH DIST ELECTION 2014 G/O B\E DUE 7/1/28 | A | Interest | J | T | | | | | |
| 20. WASHINGTON ST FOR ISSUES DTD PRIOR TO 2/5/13 RFDG MTR VEH F DUE 7/1/28 | B | Interest | K | T | | | | | |
| 21. MARYLAND ST DPT TRANSN CONS TRANSN REV B/E DUE 11/1/28 | A | Interest | K | T | | | | | |
| 22. BOSSIER CTY LA PUB IMPT SALES & USE TAX REV SER ST B/E DUE 12/1/28 | A | Interest | J | T | | | | | |
| 23. BALTIMORE MD REV RFDG WASTEWATER PJS SER B B/E DUE 7/1/29 | A | Interest | J | T | | | | | |
| 24. PRINCE GEORGES CNTY MD GO CONS PUB IMPT BDS G/O UNLTD B/E DUE 7/15/29 | B | Interest | L | T | | | | | |
| 25. NY ST DORM AUTH ST PERS INCOME TAX REV GEN PURP SER A B/E DUE 2/15/31 | A | Interest | K | T | | | | | |
| 26. ALBUQUERQUE BERN CNTY WTR UTIL AUTH NM JT WTR & SWR SYS REV DUE 7/1/31 | B | Interest | K | T | | | | | |
| 27. ANNE ARUNDEL CNTY MD CONS WTR SWR GO BDS 2018 G/O LTD B/E DUE 10/1/34 | B | Interest | K | T | | | | | |
| 28. DISTRICT OF COLUMBIA WTR & SWR AUTH PUB UTIL REV DUE 10/1/35 | B | Interest | K | T | Buy | 03/08/19 | K | | |
| 29. | | | | | | | | | |
| 30. WELLS FARGO ADVISORS IRA #1 | | | | | | | | | |
| 31. STANDARD BANK DEPOSIT | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 32. ISHARES ETF RUSSELL 2000 | A | Dividend | K | T | Sold<br>(part) | 10/11/19 | J | | |
| 33. | | | | | Sold<br>(part) | 10/14/19 | K | | |
| 34. ISHARES CORE MSCI ETF EAFE ETF | A | Dividend | K | T | Buy<br>(add'l) | 07/22/19 | J | | |
| 35. | | | | | Sold<br>(part) | 10/11/19 | J | | |
| 36. ISHARES CORE S&P MID ETF ETF | A | Dividend | K | T | Buy<br>(add'l) | 07/22/19 | J | | |
| 37. | | | | | Sold<br>(part) | 10/11/19 | J | | |
| 38. ISHARES CORE S&P 500 ETF S&P 500<br>INDEX FD | C | Dividend | M | T | Buy<br>(add'l) | 01/08/19 | K | | |
| 39. | | | | | Sold<br>(part) | 10/11/19 | J | | |
| 40. | | | | | Sold<br>(part) | 10/14/19 | J | | |
| 41. ISHARES CORE U.S. ETF AGGREGATE<br>BOND | B | Dividend | K | T | Sold<br>(part) | 01/08/19 | J | | |
| 42. | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 43. | | | | | Sold<br>(part) | 10/11/19 | J | | |
| 44. | | | | | Sold<br>(part) | 10/14/19 | J | | |
| 45. ISHARES EDGE MSCI ETF MIN VOL<br>USA ETF | A | Dividend | J | T | Sold<br>(part) | 07/22/19 | J | | |
| 46. | | | | | Sold<br>(part) | 10/11/19 | J | | |
| 47. ISHARES CORE MSCI ETF EMERGING<br>MARKETS ETF | B | Dividend | K | T | Buy<br>(add'l) | 07/22/19 | J | | |
| 48. | | | | | Sold<br>(part) | 10/11/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. | DWS ENHANCED COMMODITY STRATEGY FUND INST | A | Dividend | | | Sold | 07/22/19 | J | | |
| 50. | DODGE & COX STK FD | C | Dividend | K | T | Sold (part) | 01/08/19 | J | | |
| 51. | | | | | | Sold (part) | 07/22/19 | K | | |
| 52. | | | | | | Buy (add'l) | 10/14/19 | K | | |
| 53. | INVESCO OPPENHEIMER GLOBAL OPPORTUNITIES FUND CLASS Y | B | Dividend | K | T | Buy | 10/14/19 | K | | |
| 54. | INVESCO OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | A | Dividend | K | T | Buy | 10/14/19 | K | | |
| 55. | DODGE & COX FDS INTL STK FD | | None | | | Sold (part) | 10/11/19 | J | | |
| 56. | | | | | | Sold | 10/14/19 | J | | |
| 57. | HARTFORD GROWTH OPPORTUNITIES FUND CLASS 1 | | None | | | Sold (part) | 01/15/19 | J | | |
| 58. | | | | | | Sold | 07/22/19 | K | | |
| 59. | MAINSTAY MACKAY HIGH YIELD CORPORATE BOND FUND CLASS 1 | A | Dividend | K | T | Buy (add'l) | 07/22/19 | J | | |
| 60. | | | | | | Sold (part) | 10/11/19 | J | | |
| 61. | MFS SER TR X EMERGING MKTS DEBT FD CLASS 1 | A | Dividend | J | T | Buy (add'l) | 07/22/19 | J | | |
| 62. | | | | | | Sold (part) | 10/11/19 | J | | |
| 63. | JPMORGAN TR II SMALL CAP GROWTH FUND CL L | B | Dividend | K | T | Buy | 10/15/19 | K | | |
| 64. | JPMORGAN TR I GROWTH ADVANTAGE FD I CL | C | Dividend | K | T | Buy | 10/15/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 65. | PRINCIPAL INV FUND REAL ESTATE SECS FD CL INSTL | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 66. | VANGUARD WORLD FD INTL GROWTH FD ADMIRAL SHS | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 67. | BROOKFIELD INVT FUNDS GLOBAL LISTED REAL ESTATE FD CL Y | A | Dividend | | | Sold | 07/22/19 | K | | |
| 68. | SMALLCAP WORLD FD INC CL F2 | | None | | | Sold<br>(part) | 01/15/19 | J | | |
| 69. | | | | | | Sold<br>(part) | 10/11/19 | J | | |
| 70. | | | | | | Sold | 10/14/19 | K | | |
| 71. | TEMPLETON INCOME TR GLOBAL BD FD ADVISOR CL | A | Dividend | | | Sold | 07/22/19 | J | | |
| 72. | UNDISCOVERED MANAGERS BEHAVIORAL VALUE CLASS L | | None | | | Sold<br>(part) | 01/15/19 | J | | |
| 73. | | | | | | Sold<br>(part) | 10/11/19 | J | | |
| 74. | | | | | | Sold | 10/15/19 | J | | |
| 75. | VAN ECK FUNDS EMERGING MARKETS FUND CLASS Y | | None | | | Sold<br>(part) | 10/11/19 | J | | |
| 76. | | | | | | Sold | 10/14/19 | K | | |
| 77. | GOLDMAN SACHS ETF TR ETF ACTIVEBETA US LARGE CAP EQUITY ETF | A | Dividend | | | Buy | 07/22/19 | K | | |
| 78. | | | | | | Sold<br>(part) | 10/11/19 | J | | |
| 79. | | | | | | Sold | 10/14/19 | K | | |
| 80. | JENSSEN PORTFOLIO INC CLASS I SHS | A | Dividend | | | Buy | 07/22/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 81. | | | | | Sold<br>(part) | 10/11/19 | J | | |
| 82. | | | | | Sold | 10/14/19 | K | | |
| 83. | | | | | | | | | |
| 84. WELLS FARGO ADVISORS IRA #2 | | | | | | | | | |
| 85. STANDARD BANK DEPOSIT | A | Interest | M | T | | | | | |
| 86. DWS ENHANCED COMMODITY STRATEGY FUND INST | A | Dividend | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 88. | | | | | Sold | 08/06/19 | J | | |
| 89. BLAIR WILLIAM FDS INTL GROWTH FD CL 1 | | None | | | Sold | 03/19/19 | J | | |
| 90. CARILLON SER TR EAGLE SMALL CAP GROWTH FD CL I | A | Dividend | J | T | Buy<br>(add'l) | 05/29/19 | J | | |
| 91. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 92. | | | | | Buy<br>(add'l) | 08/06/19 | J | | |
| 93. DODGE & COX FDS INTL STK FD | A | Dividend | K | T | Buy | 03/20/19 | J | | |
| 94. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 95. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 96. EATON VANCE SER II INCOME FUND BOSTON CL 1 | A | Dividend | J | T | Buy<br>(add'l) | 05/29/19 | J | | |
| 97. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 98. AMG TIMESSQUARE MID CAP GROWTH FD CL I | C | Dividend | K | T | Buy (add'l) | 05/29/19 | J | | |
| 99. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 100. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 101. GOLDMAN SACHS TR FINL SQUARE TREAS INSTRS FD INSTL CL | A | Dividend | J | T | Buy (add'l) | 05/29/19 | J | | |
| 102. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 103. HANCOCK JOHN CAP SER CLASSIC VALUE FD CL 1 | A | Dividend | K | T | Buy (add'l) | 05/29/19 | J | | |
| 104. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 105. HOTCHKIS & WILEY FDS MID CAP VALUE FD CL 1 | | None | | | Sold | 02/21/19 | J | | |
| 106. AMERICAN FUNDS WASHINGTON MUTUAL FD F2 | B | Dividend | K | T | Buy (add'l) | 05/29/19 | J | | |
| 107. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 108. INVESCO OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | A | Dividend | K | T | Buy (add'l) | 05/30/19 | J | | |
| 109. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 110. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 111. LAZARD FDS INC EMERGING MKTS PORT INSTL SHS | A | Dividend | K | T | Buy (add'l) | 05/29/19 | J | | |
| 112. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 113. | | | | | Buy (add'l) | 08/06/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 114.  MFS SER TR I VALUE FD CL I | A | Dividend | K | T | Buy<br>(add'l) | 05/29/19 | J | | |
| 115. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 116.  MFS SER TR X EMERGING MKTS DEBT<br>FD CLASS 1 | A | Dividend | J | T | Buy<br>(add'l) | 05/29/19 | J | | |
| 117.  MAINSTAY LARGE CAP GROWTH<br>FUND CLASS 1 | B | Dividend | K | T | Buy<br>(add'l) | 05/29/19 | J | | |
| 118. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 119.  WELLS FARGO EMERGING GROWTH<br>FUND CLASS INST | A | Dividend | J | T | Buy<br>(add'l) | 05/29/19 | J | | |
| 120. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 121. | | | | | Buy<br>(add'l) | 08/06/19 | J | | |
| 122.  PRINCIPAL GLOBAL REAL ESTATE<br>SECURITIES FUND INSTITUTIONAL<br>CLASS SHS | A | Dividend | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 123. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 124. | | | | | Sold | 08/06/19 | J | | |
| 125.  T ROWE PRICE REAL EST FUND INC | A | Dividend | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 126. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 127. | | | | | Sold | 08/06/19 | J | | |
| 128.  T ROWE PRICE INTL FD OVERSEAS<br>STK FD | A | Dividend | K | T | Buy<br>(add'l) | 05/29/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 130. VIRTUS ASSET TR CEREDEX MID CAP VALUE EQUITY FUND CL I | B | Dividend | K | T | Buy | 02/21/19 | J | | |
| 131. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 132. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 133. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 134. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 135. VICTORY SYCAMORE SMALL CO OPPTY FD CL 1 | B | Dividend | K | T | Buy (add'l) | 05/29/19 | J | | |
| 136. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 137. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 138. VOYA FUNDS VOYA LARGE CAP GROWTH FUND CLASS 1 | A | Dividend | K | T | Buy (add'l) | 05/29/19 | J | | |
| 139. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 140. WELLS FARGO FDS TR CORE BOND FUND CLASS INST | A | Dividend | J | T | Buy (add'l) | 05/29/19 | J | | |
| 141. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 142. | | | | | | | | | |
| 143. WELLS FARGO SEP IRA | | | | | | | | | |
| 144. STANDARD BANK DEPOSIT | A | Interest | J | T | | | | | |
| 145. ABERDEEN FDS EMERGING MARKETS FUND INSTITUTIONAL CLASS 1 | A | Dividend | J | T | Buy (add'l) | 04/03/19 | J | | |
| 146. DIAMOND HILL FDS LARGE CAP FD CL 1 SHS | | None | | | Sold | 02/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 147. EDGEWOOD FUNDS GROWTH FUND INSTL CLASS | A | Dividend | J | T | | | | | |
| 148. GOLDMAN SACHS TR FINL SQUARE TREAS INSTRS FD INSTL CL | A | Dividend | J | T | | | | | |
| 149. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F2 | A | Dividend | J | T | Buy (add'l) | 04/03/19 | J | | |
| 150. HARTFORD MUTL FDS INC MIDCAP FUND CLASS 1 | A | Dividend | J | T | | | | | |
| 151. INVESCO BALANCED RISK COMMODITY STRATEGY Y | | None | | | Sold | 07/23/19 | J | | |
| 152. AMERICAN FUNDS WASHINGTON MUTUAL FD F2 | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 153. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 154. LAZARD FDS INC INTL EQUITY PORT INSTL SHS | A | Dividend | J | T | Buy (add'l) | 04/03/19 | J | | |
| 155. MERIDIAN FD INC SMALL CAP GROWTH FD INVESTOR CL | A | Dividend | J | T | | | | | |
| 156. METROPOLITAN WEST FDS TOTAL RETURN BD FD CL 1 | A | Dividend | J | T | Buy (add'l) | 04/03/19 | J | | |
| 157. PRINCIPAL GLOBAL REAL ESTATE SECURITIES FUND INSTITUTIONAL CLASS SHS | A | Dividend | | | Sold | 07/23/19 | J | | |
| 158. PIMCO FDS PAC INVT MGMT SER EMERGING MKTS BD FD INSTL CL | A | Dividend | J | T | | | | | |
| 159. TOUCHSTONE FDS GROUP VID CAP VALUE FUND CLASS Y | A | Dividend | J | T | | | | | |
| 160. DEAN SMALL CAP VALUE FUND CL 1 | A | Dividend | J | T | | | | | |
| 161. VIRTUS FUNDS VIRTUS VONTOBEL EMG MKTS OPPORTUNITIES FUND CLASS 1 | A | Dividend | J | T | | | | | |
| 162. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 163. TIAA-CREF RETIREMENT ACCOUNTS | | | | | | | | | |
| 164. TIAA TRADITIONAL ACCOUNT | B | Interest | K | T | | | | | |
| 165. CREF STOCK ACCOUNT | D | Interest | | | Closed | 05/21/19 | L | | |
| 166. CREF GROWTH ACCOUNT | D | Interest | | | Closed | 05/21/19 | L | | |
| 167. CREF GLOBAL EQUITIES ACCOUNT | D | Interest | | | Closed | 05/21/19 | M | | |
| 168. TIAA REAL ESTATE | A | Interest | | | Closed | 05/21/19 | K | | |
| 169. TIAA ACC LFCYCLE 2030 | B | Interest | | | Closed | 05/21/19 | K | | |
| 170. | | | | | | | | | |
| 171. VALIC ANNUITY ACCOUNTS | | | | | | | | | |
| 172. LARGE CAP ACCOUNT | D | Interest | K | T | | | | | |
| 173. FIXED INCOME ACCOUNT | A | Interest | J | T | | | | | |
| 174. | | | | | | | | | |
| 175. BANK OF AMERICA ACCOUNT | | None | J | T | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DiGirolamo, Thomas M.** | 05/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Investments and Trusts

1.  The account shown on line 6 of the 2019 FDR was exchanged for the account reflected on line 6 of the 2018 FDR.

2.  The name of the account shown on line 97 of the 2018 FDR was changed and is now reflected on line 108 of the 2019 FDR.

\

f

| Name of Person Reporting | Date of Report |
| --- | --- |
| DiGirolamo, Thomas M. | 05/11/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Thomas M. DiGirolamo**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544